NUMBER 13-09-00081-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ED CAREY DEVELOPMENT, L.P., ET AL., Appellants,


v.



FROST NATIONAL BANK, Appellee. 

 ____________________________________________________________


On appeal from the 404th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam 


 The appellants' briefs in the above cause were due on June 29, 2009. On
September 15, 2009, the Clerk of the Court notified appellants Ed Carey Development,
L.P., Southwest Ed Carey, L.L.C., Anthony de Ponce, Eliud Garcia, Heriberto Gutierrez,


Paulrajan Manoharan, Ruy Mireles, Ramachadran Raju, Fabio Ramos, Jairo Rodriguez,
Manuel J. Sanchez and Adrian Gracia that the brief had not been timely filed and that the
appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate
Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter,
appellants reasonably explained the failure and the appellee was not significantly injured
by the appellants' failure to timely file a brief. To date, no response has been received
from appellants. 

 Appellants have failed to either reasonably explain their failure to file a brief, file a
motion for extension of time to file their briefs, or file their briefs. Accordingly, the appeal
is DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 5th day of November, 2009.